The Honorable Robert S. Lasnik
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIEGFRED SIERRA,<br><br>         Petitioner,<br><br>  v.<br><br>I. JACQUEZ (Warden, FDC SeaTac) and<br>C. PETERS (Director of the BOP),<br><br>         Respondents. | No. 22-cv-01509-RSL-BAT<br><br>**RESPONSE TO THE REPORT AND RECOMMENDATION** |

Attachment

Bureau of Prisons
FSA Time Credit Assessment

Government's Response to the Report and Recommendation
*Sierra v. Jacquez, et al.* C22-01509 RSL BAT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
                              FSA Time Credit Assessment
                           Register Number:54832-048, Last Name:SIERRA
U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS


Register Number....: 54832-048         Responsible Facility: SET
Inmate Name                            Assessment Date.....: 01-08-2023
  Last.............: SIERRA            Period Start/Stop...: 01-09-2020 to 01-08-2023
  First............: SIEGFRED          Accrued Pgm Days....: 797
  Middle...........:                   Disallowed Pgm Days.: 298
  Suffix...........:                   FTC Towards RRC/HC..: 144
 Gender............: MALE              FTC Towards Release.: 151
 Start Incarceration: 01-09-2020       Can Apply FTC.......: No

Start        Stop         Pgm Status   Pgm Days
01-09-2020   01-08-2023   accrue       797
  Cannot apply FTC
    Detainer: Yes
--------------------------------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
01-09-2020   07-21-2020   disallow     194
  Not in qualifying admit status
    Facility Category    Assignment   Start             Stop
     HON      ARS         ADM CHANGE   01-09-2020 0854   01-09-2020 0855
     HON      ARS         A-HLD        01-09-2020 0855   06-23-2020 0917
     HON      ARS         HLD REMOVE   06-23-2020 0917   06-23-2020 0917
     6-L      ARS         A-ADMIT      06-23-2020 1517   07-21-2020 1517
--------------------------------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
07-21-2020   11-20-2021   accrue       487
  Accrued Pgm Days...: 487
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 160
--------------------------------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
11-20-2021   03-04-2022   disallow     104
  Not in qualifying admit status
    Facility Category    Assignment   Start             Stop
     BSC      ARS         TRANSFER     11-19-2021 0033   11-19-2021 0033
     9-C      ARS         A-ADMIT      11-19-2021 0133   11-19-2021 0920
     OKL      ARS         A-BOP HLD    11-19-2021 0820   02-25-2022 0925
     9-C      ARS         RELEASE      11-19-2021 0920   11-19-2021 0920
     OKL      ARS         HLD REMOVE   02-25-2022 0925   02-25-2022 0925
     A02      ARS         A-ADMIT      02-25-2022 1025   02-25-2022 2009
     VVM      ARS         A-BOP HLD    02-25-2022 1709   03-04-2022 0718


Assessment Date: 01-08-2023              (1)                 Assessment# -2147293755
```

**FSA Time Credit Assessment**
Register Number:54832-048, Last Name:SIERRA

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

```
   A02       ARS      RELEASE      02-25-2022 2009  02-25-2022 2009
```
--------------------------------------------------------------------------------
**Start        Stop           Pgm Status   Pgm Days**
03-04-2022  06-09-2022   accrue         97
  Accrued Pgm Days...: 97
  Carry Over Pgm Days: 7
  Time Credit Factor.: 10
  Time Credits.......: 30
--------------------------------------------------------------------------------
**Start        Stop           Pgm Status   Pgm Days**
06-09-2022  01-08-2023   accrue        213
  Accrued Pgm Days...: 213
  Carry Over Pgm Days: 14
  Time Credit Factor.: 15
  Time Credits.......: 105