UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIEGFRED SIERRA,

        Petitioner,

   v.

I. JACQUEZ,, et al.,

        Respondent.

CASE NO. 2:22-cv-01509-RSL-BAT

**ORDER GRANTING MOTION TO APPOINT COUNSEL**

After the Court filed a report and recommendation, Petitioner moved for appointment of counsel. Dkt. 11. The Court having considered the motion and record ORDERS:

1. The Court GRANTS the motion to appoint counsel, Dkt. 11, and directs the Federal Public Defender be appointed to represent Petitioner in this matter.

2. The Clerk shall renote consideration of the report and recommendation for February 3, 2023.

3. The Clerk shall provide a copy of this order to the parties, the Federal Defender, and the assigned District Judge.

DATED this 11th day of January, 2023.

                                 BRIAN A. TSUCHIDA
                                 United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER GRANTING MOTION TO APPOINT
COUNSEL - 2