The Honorable Robert S. Lasnik
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIEGFRED SIERRA,<br><br>                           Petitioner,<br><br>         v.<br><br>I. JACQUEZ (Warden, FDC SeaTac) and<br>C. PETERS (Director of the BOP),<br><br>                           Respondents. | No. 22-cv-01509-RSL-BAT<br><br>**NOTICE—STATUS OF WAIVER** |

On January 10, 2023, respondents informed the Court that they were in the process of obtaining a waiver for defendant Siegfred Sierra from BOP's Program Statement that bars defendants subject to immigration detainers from having First Step Act time credits applied to their sentences. Respondents represented that they expected that Sierra would be released once the waiver was completed and that they expected Sierra to be released by the end of this work week.

Respondents now believe that the waiver will not be processed by the end of this work week. For that reason and in light of respondents' concession that Sierra should be credited with 151 days of First Step Act time credits once the waiver is completed, respondents waive the administrative exhaustion requirement as to Sierra and concede that this Court should grant Sierra's 2241 petition and direct BOP to release him.

Notice—Status Of Waiver— 1
*Sierra v. Jacquez*, 22-cv-01509-RSL-BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2612
Fax:             (206) 553-0755
Email: teal.miller@usdoj.gov

Notice—Status Of Waiver— 2
*Sierra v. Jacquez*, 22-cv-01509-RSL-BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970